1456

[Cite as *02/12/2004 Case Announcements,* 2004-Ohio-605.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*February 12, 2004*

## MOTION AND PROCEDURAL RULINGS

**2003–1682. State ex rel. Regal Ware, Inc. v. Indus. Comm.**
Franklin App. No. 02AP—1264, 2003-Ohio-4184. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before March 12, 2004.

## MISCELLANEOUS DISMISSALS

**2002–2186. State ex rel. ABX Air, Inc. v. Ringland.**
Clinton App. No. CA2002–02–004, 150 Ohio App.3d 194, 2002-Ohio-6271, 779 N.E.2d 1085. This cause is pending before the court as an appeal from the Court of Appeals for Clinton County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–2001. State ex rel. Reno v. Moore.**
Montgomery App. No. 20133. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. It appears from the records of this court that appellant has not filed a merit brief, due February 9, 2004, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed sua sponte.